UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LONGINA PEREZ MONROY and DAVID MONROY, individually and as successors in interest to the Deceased, JEFFREY ALEXANDER MONROY,

Plaintiffs,

v.

COUNTY OF RIVERSIDE, a municipal entity; CORPORAL RUBEN PEREZ, in his individual capacity, and DOES 2-10 inclusive,

Defendants.

Case No.: 5:21-CV-01278-MEMF-KK

**FINAL JUDGMENT**

The trial in this action began on December 2, 2025, in Courtroom 8B of the United States District Court, Central District of California, Honorable Maame Ewusi-Mensah Frimpong, presiding. Plaintiffs Longina Perez Monroy and David Monroy were represented by trial attorneys Kaveh Navab, Houman Sayaghi, Lena Yadidi and Audrey Valli. Defendants County of Riverside and Ruben Perez were represented by at trial by Eugene Ramirez and Eugene Hanrahan.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing evidence and arguments of counsel, the jury was duly instructed by the

1

Court, and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

## CLAIM NO. 1 – EXCESSIVE FORCE

**QUESTION 1:** Did Defendant Ruben Perez use excessive force against Jeffrey Alexander Monroy?

**X**___ YES _____ NO

*If you answered "yes" to Question 1, please answer question 2. If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive force against Jeffrey Alexander Monroy by Defendants Ruben Perez a substantial factor in causing harm, injury, damage or death to Jeffrey Alexander Monroy?

**X**___ YES _____ NO

*Please proceed to the next Question.*

## CLAIM NO. 2 – NEGLIGENT USE OF DEADLY FORCE BY PEACE OFFICER

**QUESTION 3:** Was Defendant Ruben Perez negligent toward Jeffrey Alexander Monroy?

**X**___ YES _____ NO

2

*If you answered "yes" to Question 3, please proceed to Question 4.*

*If you answered "no" to Question 3, but answered yes to Questions 1 and 2, please proceed to Question 8.*

*If you answered "no" to Questions 1- 3, please stop here. Have the presiding juror sign and date the form.*

**QUESTION 4:** Was the negligence of the Defendant Ruben Perez a substantial factor in causing harm, injury, damage or death to Jeffrey Alexander Monroy?

**X**____ YES _____ NO

*If you answered "yes" to Question 4, please proceed to Question 5. If you answered "no" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was Jeffrey Alexander Monroy negligent?

**X**____ YES _____ NO

*If you answered "yes" to Question 5, please answer Question 6. If you answered "no" to Question 5, please proceed to Question 8.*

3

**QUESTION 6:** Was Jeffrey Alexander Monroy's negligence a substantial factor in causing harm, injury, damage or death to Jeffrey Alexander Monroy?

                                                    **X**___ YES _____ NO

*If you answered "yes" to Question 6, please answer Question 7. If you answered "no" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of negligence that was a cause of Jeffrey Alexander Monroy's harm, injury, damage, or death do you assign to Defendant Ruben Perez, and what percentage of negligence do you assign to Jeffrey Alexander, if any? (Your total should equal 100%)

                Ruben Perez                          **70**___ %
                Jeffrey Alexander Monroy             **30**___ %

*Please proceed to the next Question.*

**QUESTION 8:** What are Jeffrey Alexander Monroy's damages for his pre-death pain and suffering and loss of life?

                Pre-death pain and suffering    $___**100,000**_____
                Loss of life                    $___**4,000,000**_____

*Please proceed to the next Question.*

4

**QUESTION 9:** What are Plaintiffs' past and future wrongful death damages for the loss of Jeffrey Alexander Monroy?

| | |
|---|---|
| Longina Perez Monroy | $__**4,500,000**__ |
| David Monroy | $__**4,500,000**__ |

*Please proceed to the next Question.*

**QUESTION 10:** Did Defendant Ruben Perez act with malice, oppression or in a reckless disregard for Jeffrey Alexander Monroy's constitutional right to be free from excessive force?

_____ YES **X**____NO

/ / /

/ / /

/ / /

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

Total judgment in the sum of $13,100,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the Court, is entered against Defendants the County of Riverside and Ruben Perez and in favor of Plaintiffs Longina Perez Monroy and David Monroy. Plaintiffs Longina Perez Monroy and David Monroy are the prevailing parties and may apply to the Court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

Plaintiff Longina Perez Monroy (individually): $4,500,000

Plaintiff David Monroy (individually): $4,500,000

Plaintiffs Longina Perez Monroy and David Monroy (successors in interest to the deceased, Jeffrey Alexander Monroy): $4,100,000

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____

Maame Ewusi-Mensah Frimpong

United States District Judge

6